TRIVELLA & FORTE, LLP
*Attorneys for Defendants*
1311 Mamaroneck Avenue, Suite 170
White Plains, New York 10605
Tel. No.: (914) 949-9075

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
JERMAINE JAMES and JOSE RODRIGUEZ,

       Plaintiffs,     **Case No.: 10-CV-4105 (SHS)**

   -against-     **RULE 7.1 STATEMENT**

D-J AMBULETTE SERVICES, INC., d/b/a D&J Ambulette Services; STEVEN SQUITIERI, an individual; ANDREA SQUITIERI, an individual; and JOSEPH GALLITTO, an individual,

       Defendants.
------------------------------------------------------------------------x

**S I R S:**

  Pursuant to Rule 7.1 [formerly local general Rule 1.9] of the Local Rules of the United States District Court for the Southern District of New York and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for the defendants certifies that the following are corporate parents, affiliates and/or subsidiaries of said parties which are publicly held.

**NONE.**

Dated: White Plains, New York
   September 30, 2010

               Yours, etc.,
               TRIVELLA & FORTE, LLP

               ___/s/ *Christopher A. Smith*_____
               BY: CHRISTOPHER A. SMITH (CS 9014)
               Of Counsel
               *Attorneys for Defendants*
               1311 Mamaroneck Avenue, Suite 170
               White Plains, New York 10605
               Tel. No.: (914) 949-9075

To:    PENN DODSON, ESQ.
       GOLDBERG & DOHAN, LLP
       *Attorneys for Plaintiffs*
       11 Park Place, Suite 1100
       New York, New York 10007
       Tel. No.: (646) 502-7751

**AFFIDAVIT OF SERVICE BY FACSIMILE & MAIL**

| | |
|---|---|
| STATE OF NEW YORK | ) |
|  | )ss.: |
| COUNTY OF WESTCHESTER | ) |

MICHELLE SALERNO, being duly sworn, deposes and says:

That I am not a party to this action; am over 18 years of age and reside in Westchester County, New York; that on the 4th day of October, 2010, I served the within RULE 7.1 STATEMENT in the action <u>Jermaine Jackson and Jose Rodriguez v. D-J Ambulette Services, Inc. et al.</u>, 10-CV-4105 (SHS) upon:

PENN DODSON, ESQ.
GOLDBERG & DOHAN, LLP
11 Park Place, Suite 1100
New York, New York 10007

by facsimile to (212) 406-4779 and by depositing a true copy of the same enclosed in a post-paid, properly addressed wrapper, in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

   /s/ *Michelle Salerno*
   MICHELLE SALERNO

Sworn to before me this
4th day of October, 2010.

   /s/ *Athena Truiano*
   Notary Public

ATHENA TRUIANO
Notary Public, State of New York
No. 01TR5075427
Qualified in Westchester County
Commission Expires March 31, 2011

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 4, 2010, I served the foregoing RULE 7.1 STATEMENT on PENN DODSON, ESQ. of the firm of Goldberg & Dohan, LLP, Attorneys for Plaintiffs, by electronic mail in the matter of  <u>Jermaine Jackson and Jose Rodriguez v. D-J Ambulette Services, Inc. et al.</u>, 10-CV-4105 (SHS).

        TRIVELLA & FORTE, LLP

        ___/s/ *Christopher A. Smith*_____
        BY:  CHRISTOPHER A. SMITH (CS 9014)
        Of Counsel
        *Attorneys for Defendants*
        1311 Mamaroneck Avenue, Suite 170
        White Plains, New York 10605
        Tel. No.: (914) 949-9075